IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:99cr137-MHT |
| **CLARENCE CLAY** | ) | |

### ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Clarence Clay's objections (Doc. No. 993) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 988) is adopted.

(3) Defendant Clarence Clay's petition for writ of error coram nobis (Doc. No. 986) is denied.

DONE, this the 18th day of July, 2011.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**